**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT

DATE: 10/5/2016 @ 4:45 p.m.

TAPE: FTR

TIME IN COURT: 42 Minutes

MAGISTRATE JUDGE **JOHN K. LARKINS III**

COURTROOM DEPUTY CLERK: Cynthia Mercado

CASE NUMBER: 1:16-MJ-826-JKL

DEFENDANT'S NAME: Chabaprai Boonluea, Khanong Intharathong, Andrew Flanigan and Thi Vu

AUSA: Richard Moultrie

DEFENDANT'S ATTY: Richard Holcomb

USPO / PTR: Lisa Moore, Jacques Brown, Matthew Lawrimore

( ) Retained ( ) CJA (X ) FDP ( ) Waived

___ ARREST DATE ___

X Initial appearance hearing held.

X Defendant informed of rights.

X Interpreters, sworn: Youphin Phone Van, and Lan Huynh.

**COUNSEL**

X ORDER appointing Federal Defender as counsel for defendants.

___ ORDER appointing ___ as counsel for defendant.

___ ORDER: defendant to pay attorney's fees as follows: ___

**REMOVAL HEARING**

x Defendant Thi Vu WAIVES identity hearing.

X WAIVER FILED

___ Identity hearing HELD. ___ Defendant is named defendant in complaint / indictment.

___ Defendant WAIVES preliminary hearing in this district only. ___ WAIVER FILED

___ Preliminary hearing HELD. ___ Probable cause found. Defendant to answer to charges in other district.

___ Commitment issued; defendant ORDERED held for removal to other district.

**BOND/PRETRIAL DETENTION HEARING**

X Government's motions for detention filed. ___ @ ___

X Detention Hrg (**See Page 2**) 10/7/2016 @ 11:30 A.M. ___ (In charging district.)

___ Bond/Pretrial detention hearing HELD.

___ Government motion for detention ( ) GRANTED ( ) DENIED

___ Pretrial detention ordered. ___ Written order to follow.

___ BOND set at ___ ___ NON-SURETY ___ SURETY

___ cash ___ property ___ corporate surety ONLY

___ SPECIAL CONDITIONS: ___

___ Bond filed. Defendant released.

___ Bond not executed. Defendant to remain in Marshal's custody.

___ Motion ___ (verbal) to reduce/revoke bond filed.

___ Motion to reduce/revoke bond ___ GRANTED ___ DENIED

x See page 2

Defendant: Boonluea, et al. Case No.: **1:16mj826**

Date: 10/5/2016

MINUTES:

Detention hearing set for 10/7/2016 at 11:30 a.m. as to defendants Chabaprai Boonluea, Khanong Intharathong and Andrew Flanigan.

Detention Hearing HELD AS TO Thi Vu. Government's motion to detain defendant Vu is GRANTED. Bond denied. Defendant Vu to remain in Marshal's custody pending trial. Written Order to follow.

EXHIBITS:

Original Exhibits ____ RETAINED by the Court ____ RETURNED to counsel