**MAGISTRATE'S CRIMINAL MINUTES**
**REMOVALS (RULE 5 & 5.1)**

**FILED IN OPEN COURT**

DATE : 10/7/16 @ 12:03 pm

TAPE : FTR TIME IN COURT: 32 mins

MAGISTRATE JOHN K. LARKINS, III

ANGELA SMITH DEPUTY CLERK

CASE NUMBER 1:16-MJ-826

DEFENDANT'S NAME Chabapral Boonluea

AUSA Bret Hobson

DEFENDANT'S ATTY Rich Holcomb

Type Counsel (circle) Retained CJA (FDP)

USPO Jacques Brown

Youphin Phone Van Interpreter

______ Initial appearance hearing held.
______ Defendant informed of rights.
______ ORDER appointing Federal Defender Program attorney for defendant.
______ ORDER appointing ______________________ attorney for defendant.
______ ORDER defendant shall pay attorney's fees as follows: ______________________

______________________

______ Defendant WAIVES removal hearing (as to identity only). ______ WAIVER FILED.
______ Defendant WAIVES preliminary hearing (____ In this district only). ______ WAIVER FILED.
______ Removal hearing set/reset/cont to ______________ @ ______________
✓ Removal hearing HELD. ✓ Probable Cause found. Defendant held for removal.
✓ Defendant identified as named defendant in allegations. Defendant held for removal to other district.
✓ Defendant ordered removed to other district.
✓ Commitment issued 10/7/16

## BOND/PRETRIAL DETENTION HEARING

______ Government motion for detention filed. Hearing set for ______________ @ ______________
✓ BOND/PRETRIAL DETENTION HEARING HELD ______ Requested in charging district.
✓ Government's motion for detention ✓ GRANTED ______ DENIED
✓ Pretrial detention ORDERED. (Written order to follow ______).
______ BOND SET at $______________
  ______ NON-SURETY
  ______ SURETY/CASH: ______ Property Acceptable: ______ Corporate Surety Only
  ______ Combination: ______________________
______ SPECIAL CONDITIONS:______________________

______________________

______ BOND FILED. Defendant RELEASED.
______ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.
✓ SEE PAGE 2

Defendant: Boonluea, et al. Case No.: **1:16mj826**

Date: 10/7/2016

MINUTES:

G1 - J. Switzer - Homeland Security Special Agent, sworn + testified.

EXHIBITS:

Original Exhibits ____ RETAINED by the Court ____ RETURNED to counsel